# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2022

## NO. 03-20-00058-CV

**Appellant, Christopher F. Bertucci, as Executor of The Estate of Anthony R. Bertucci, Deceased, and derivatively on behalf of American Affordable Homes & Properties, Inc.; American Affordable Homes, LP; Town Vista Development, LLC; Town Vista Terrace, Inc.; and MidCrowne Senior SLP, LLC// Cross-Appellant, Eugene L. Watkins, Jr.**

**v.**

**Appellee, Eugene L. Watkins, Jr.// Cross-Appellee, Christopher F. Bertucci, as Executor of The Estate of Anthony R. Bertucci, Deceased, and derivatively on behalf of American Affordable Homes & Properties, Inc.; American Affordable Homes, LP; Town Vista Development, LLC; Town Vista Terrace, Inc.; and MidCrowne Senior SLP, LLC**

---

**APPEAL FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES GOODWIN, BAKER,
TRIANA, KELLY AND SMITH
AFFIRMED IN PART, REVERSED IN PART AND REMANDED –
OPINION BY CHIEF JUSTICE BYRNE, JUSTICES GOODWIN, BAKER AND SMITH
CONCURRING AND DISSENTING OPINION BY JUSTICES TRIANA AND KELLY**

---

This is an appeal from the judgment signed by the trial court on November 22, 2019. Having

reviewed the record and the parties' arguments, the Court holds that there was reversible error in

the court's judgment. The Court affirms the take-nothing judgment rendered on Executor

Christopher Bertucci's breach-of-contract claim and on the derivative claims brought on behalf

of American Affordable Homes & Properties, Inc.; American Affordable Homes, LP; Town

Vista Development, LLC; Town Vista Terrace, Inc.; and MidCrowne Senior SLP, LLC. The

Court otherwise reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.